Robert B. Wilson
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JANET MARIE MATA

CASE NO: 13-70242-HDH-13
HEARING DATE:  9/17/2014
HEARING TIME:   10:00am

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2014-03 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $410.00 per month beginning 7/27/2013. The total amount paid to the Trustee is $3,497.00 and the total amount in arrears is $564.00 through July 2014.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee
PO Box 94210
Lubbock, TX 79493**

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Robert B. Wilson
_____
Robert B. Wilson
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 9/17/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

JANET MARIE MATA 4317 CRESTVIEW  WICHITA FALLS TX 76306

MCCARTHY HOLTHUS & ACKERMAN LLP COLE D PATTON 1255 WEST 15TH STREET SUITE 1060 PLANO TX 75075


Date:     7/31/2014                                                             /s/ Robert B. Wilson
                                                                                _____
                                                                                Robert B. Wilson
                                                                                Chapter 13 Trustee